

FILED

APR 1 4 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MYISHA L. LEONARD

Case No. 16CR 259

Violation: Title 26, United States Code, Section 7206(2)

JUDGE GETTLEMAN

MAGISTRATE JUDGE COX

**COUNTS ONE THROUGH TWENTY-FOUR**

The SPECIAL JANUARY 2015 GRAND JURY charges:

1. At times material to this Indictment:

a. The Internal Revenue Service was part of the United States Department of the Treasury and was responsible for, among other things, administering the tax laws of the United States, collecting income taxes, and issuing income tax refunds to eligible taxpayers.

b. The IRS allowed taxpayers who were entitled to a refund of federal individual income taxes to claim that refund by signing and filing in person, by mailing, or by electronically filing a U.S. Individual Income Tax Form 1040 (hereafter "Form 1040").

c. The information which the Form 1040 required the taxpayer to provide included, but was not limited to, the taxpayer's name and address, social security number, filing status, number of dependents, total income for the tax year, the amount of federal income tax withheld during the tax year, and the amount of tax due or refund claimed. Depending on the circumstances and submissions of the particular taxpayer, various other schedules and forms also were required to be

attached to the Form 1040.

d. A taxpayer's total income included any gain or loss from a business. Taxpayers were required to report any such gain or loss from a business on their Form 1040 and to attach a Schedule C that listed, among other things, the business's gross receipts and expenses.

e. Taxpayers were permitted to deduct from their income certain expenses, including, but not limited to, unreimbursed employee expenditures reported on a Schedule A.

f. The Earned Income Credit was a special tax credit for certain people who worked and received earnings, but who earned below a certain threshold level of income. The EIC reduced the amount of income tax owed by an individual taxpayer, and was intended to offset increases in living expenses and social security taxes. Taxpayers who qualified could claim the EIC by completing a Schedule EIC, which was required to be attached to the Form 1040.

g. The American Opportunity Credit and the non-refundable Education Credit were tax credits available to taxpayers who paid qualified educational expenses for themselves or their dependents. The credits reduced the amount of income tax owed by an individual taxpayer in order to offset the costs of higher education. Taxpayers who qualified for the credits could claim the credits by completing Form 8863, which was required to be attached to the Form 1040.

h. Defendant MYISHA L. LEONARD operated a tax return preparation business called Instant Tax Service with a location in Bellwood, Illinois.

Defendant's business included preparing federal individual income tax returns on behalf of individual taxpayers.

i. Defendant MYISHA L. LEONARD prepared and assisted in the preparation of over 1,500 individual tax returns for calendar years 2009, 2010, and 2011. While preparing these tax returns through her business, defendant LEONARD presented herself to clients as a person trained in and knowledgeable about the preparation and filing of federal income tax returns.

2. On or about the dates listed as to each count below, in the Northern District of Illinois, Eastern Division,

MYISHA L. LEONARD,

defendant herein, willfully aided and assisted in the preparation and presentation under the Internal Revenue laws of returns and claims on behalf of taxpayers namely, U.S. Individual Income Tax Returns (Forms 1040 with schedules and attachments), which were filed with the Internal Revenue Service, and which defendant knew were false and fraudulent as to material matters contained therein, as described more fully below.

| Count | Name(s) | Tax Year | Date Filed | Sch. C | Sch. A Deduct. | Earned Income Credit | Educ. Credit | American Opportunity Credit |
|---|---|---|---|---|---|---|---|---|
| 1 | P.A. | 2011 | 02/20/2012 | | | | $953 | $2,926 |
| 2 | L.C. | 2010 | 01/27/2011 | | | | $196 | $1,000 |
| 3 | S.H. | 2010 | 02/07/2011 | $1,219 | | | | $1,000 |
| 4 | Y.E. | 2010 | 03/07/2011 | | | | $1,199 | $1,000 |
| 5 | Y.E | 2011 | 02/27/2012 | ($2,295) | | $1,586 | $1,023 | $1,000 |
| 6 | D.H. & R.H. | 2010 | 02/07/2011 | | | | | $1,000 |
| 7 | D.H.& R.H. | 2011 | 02/13/2012 | | | | | $3,000 |
| 8 | C.E. | 2011 | 02/20/2012 | | | | $513 | $1,000 |
| 9 | J.E. & C.E. | 2010 | 03/07/2011 | | | | $4,380 | $2,920 |
| 10 | J.E. & C.E. | 2011 | 02/20/2012 | | $23,694 | | $2,993 | $1,995 |
| 11 | N.M. | 2010 | 03/07/2011 | | $18,866 | | $905 | $1,000 |
| 12 | N.M. | 2011 | 03/05/2012 | | $14,645 | | $1,500 | $1,000 |
| 13 | D.M. | 2010 | 02/21/2011 | | | | | $1,800 |
| 14 | D.M. | 2011 | 02/20/2012 | | | | | $1,746 |
| 15 | K.G. | 2010 | 03/07/2011 | | $25,152 | | $426 | $1,000 |
| 16 | K.G. | 2011 | 03/12/2012 | | $25,661 | | $608 | $2,000 |
| 17 | H.N. & S.N. | 2010 | 03/14/2011 | | | | $1,919 | $2,000 |
| 18 | K.H. | 2010 | 02/21/2011 | $7,000 | | $5,666 | | $3,000 |
| 19 | K.H. | 2011 | 02/20/2012 | | | | | $2,950 |
| 20 | J.M. | 2010 | 03/07/2011 | ($9,100) | $26,774 | | | $950 |

| Count | Name(s) | Tax Year | Date Filed | Sch. C | Sch. A Deduct. | Earned Income Credit | Educ. Credit | American Opportunity Credit |
|---|---|---|---|---|---|---|---|---|
| 21 | J.M. | 2011 | 02/13/2012 | ($18,369) | $10,212 | | $1,500 | $1,000 |
| 22 | K.J. | 2010 | 03/07/2011 | ($3,697) | | $2,622 | | |
| 23 | K.J. | 2011 | 03/26/2012 | ($7,026) | $28,861 | | $1,500 | $1,000 |
| 24 | I.W. | 2011 | 02/13/2012 | | | | $2,000 | |

All in violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL:

______________________
FOREPERSON

______________________
UNITED STATES ATTORNEY