# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                       Case No.: 1:16–cr–00259
                                                      Honorable Robert W. Gettleman

Myisha L Leonard

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 14, 2020:

      MINUTE entry before the Honorable Robert W. Gettleman as to Myisha L Leonard: Pretrial conference held on 1/14/2020. For the reasons stated on the record, the United States' motion to exclude expert Tracy L. Coenin or, alternatively, compel production of Rule 16(b)(1)(C) materials [72] is withdrawn without prejudice. Status hearing set for 2/19/2020 at 9:30 a.m. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.