IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 16 CR 259 |
| | ) | |
| MYISHA L. LEONARD | ) | Judge Robert W. Gettleman |
| | ) | |

ORDER

IT IS HEREBY ORDERED, that Document # 115, minute entry dated December 16, 2021, appointing Sergio Rodriguez as co-counsel for defendant in this case, is amended to clarify that although Attorney Rodriguez is not yet on the CJA panel of attorneys, he is authorized be paid with CJA funds. Mr. Rodriguez will formally join the CJA Panel at a later date.

ENTERED:

_____
Robert W. Gettleman
United States District Court Judge

DATED: _December 29, 2021_