UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MYISHA L. LEONARD

No. 16 CR 259

Hon. Robert W. Gettleman

## GOVERNMENT'S UNOPPOSED MOTION TO DISMISS INDICTMENT

The UNITED STATES of AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, hereby submits the following Unopposed Motion to Dismiss Indictment.  In support of its motion, the government states as follows:

On April 14, 2016, Myisha L. Leonard was charged by indictment with 24 counts of tax fraud, in violation of 26 U.S.C. § 7206(2).

Pursuant to Federal Rule of Criminal Procedure 48(a), the government moves to voluntarily dismiss the indictment against Ms. Leonard.  Undersigned counsel has spoken with Ms. Leonard's counsel, and the motion is unopposed.


Date:    January 6, 2022

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:    */s/ Tyler C. Murray*
Tyler C. Murray
Assistant United States Attorney
219 S. Dearborn Street, Fifth Floor
Chicago, Illinois 60604
(312)353-5300