**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

UNITED STATES OF AMERICA

                  Plaintiff,

v.                                             Case No.: 1:16−cr−00259
                                                         Honorable Robert W. Gettleman

Myisha L Leonard

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 7, 2022:

      MINUTE entry before the Honorable Robert W. Gettleman as to Myisha L Leonard: Telephonic pretrial conference held on 1/7/2022. Government's unopposed motion to dismiss indictment [120] pursuant to Federal Rule of Criminal Procedure 48(a) is granted. Counts against Defendant Myisha Leonard 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 22, 23 and 24 are dismissed. Bench trial set for 1/10/2022 through 1/25/2022 is stricken. Defendant's unopposed motion to exonerate defendant's bond is granted. Pretrial Services is directed to return defendant Myisha Leonard's passport to the defendant or her counsel. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.